# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| AARON L. SNOW | Case No. | 1:10cr218-SRW-01 |
|---|---|---|
| | USM No. | 14063-002 |

Laronda Martin
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1, 2 & 4   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 2 | Defendant committed another federal, state or local crime | 3/23/2012 |
| 4 | Defendant failed to complete community service | 7/12/2011 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)  3 & 5  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0641

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Enterprise, Alabama

June 19, 2012
Date of Imposition of Judgment

Signature of Judge

Susan Russ Walker, Chief U. S. Magistrate Judge
Name and Title of Judge

6/20/12
Date

DEFENDANT:   AARON L. SNOW
CASE NUMBER:   1:10cr218-SRW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
3 Hours. This term to run concurrently to the sentence imposed in 1:11cr19-SRW.
It is ORDERED that the term of probation imposed on July 12, 2011 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL